PEOPLE *v.* AKERS

Appeal from Jackson, John C. Dalton, J.  Submitted Division 2 March 10, 1970, at Detroit. (Docket No. 8,595.)  Decided May 1, 1970.

Charlie Akers was convicted, on his plea of guilty, of assault with intent to rape.  Defendant appeals. People's motion to affirm granted.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Bruce A. Barton,* Prosecuting Attorney, and *Paul R. Adams,* Chief Appellate Attorney, for the people.

*Thomas G. Fleming,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and J. H. GILLIS and O'HARA,* JJ.

PER CURIAM.  Defendant Charlie Akers pled guilty and was convicted of assault with intent to rape contrary to MCLA § 750.85 (Stat Ann 1962 Rev § 28.280).  On appeal, he contends that the trial court did not sufficiently inquire into the nature of the defendant's plea of guilty to warrant the acceptance of the plea and that said plea was not freely

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

and voluntarily made. The appellee has filed a motion to affirm pursuant to GCR 1963, 817.5(3).

A review of the plea and sentencing transcript reveals that the defendant's contentions are without merit. It is manifest that the requirements of GCR 1963, 785.3(2) and MCLA § 768.35 (Stat Ann 1954 Rev § 28.1058) were satisfied.

Defendant has not shown that there was a miscarriage of justice with respect to the acceptance of a guilty plea. *People* v. *Winegar* (1968), 380 Mich 719. The questions presented here on appeal are unsubstantial and require no argument or formal submission.

The motion to affirm the defendant's conviction is granted.